FEBRUARY 10, 1960

No. 63802.—SUIT 4956.—United States v. The Baltimore & Ohio R.R. Co., a/c United China & Glass Company et al.— —C.D. 1959 affirmed July 10, 1959. C.A.D. 719.

No. 63803.—SUIT 4992.—United States v. Kaufman & Vinson Co.— —C.D. 2050 reversed November 10, 1959. C.A.D. 720.

BEFORE THE FIRST DIVISION, FEBRUARY 15, 1960

No. 63804.—Sheffield Watch, Inc. v. United States, protest 59/18783 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of watch bracelets and separate bezels, which are essential parts of watchcases, and that said bezels are manufactures of base metal, the claim of the plaintiff was sustained. It was held that the assessment of duty shall be based on the values for said bezels, as shown on customs Form 4371 attached to the invoice covered by the entry in question.

No. 63805.—Pez-Haas, Inc. v. United States, protests 58/24943, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles in chief value of cellulose acetate, the claim of the plaintiff was sustained.

No. 63806.—Pez-Haas, Inc. v. United States, protest 59/8840–10580 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles in chief value of cellulose acetate, the claim of the plaintiff was sustained.